# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**NORMAN ADKINS,**

    Plaintiff(s),

**-vs-**

        **CASE NO.    3:11-cv-354**

        **District Judge Timothy S. Black**
        **Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

    Defendant(s).

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc 18) is **ADOPTED.** It is hereby **ORDERED** that Commissioner's decision that Plaintiff is not disabled as of October 30, 2007, is **REVERSED** and **REMANDED** to the Commissioner for payment of benefits consistent with the Act. This case is **TERMINATED** on the docket of this Court.

Date:  July 14, 2011                      **JAMES BONINI, CLERK**

                                                  By: <u>s/ M. Rogers</u>
                                                  Deputy Clerk