# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NORMAN ADKINS,                                :

                      Case No. 3:10-cv-354

      Plaintiff,

                      District Judge Timothy S. Black
                      Magistrate Judge Michael R. Merz

  -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.         :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 23, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, (Doc. 21), be, and it hereby is, granted in the amount of $3,331.57. Plaintiff is awarded the EAJA fees as a prevailing party, and no Order will be issued regarding the direction such fees must be paid.

December 27, 2011.                              s/ Timothy S. Black
                                                      Timothy S. Black
                                                      United States District Judge